**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**RAPHAEL T. BRAUCH,**
**CHARLES E. MAPSON,**
**and WILLIAM M. ROSS,**

    Plaintiffs,

    v.                                                  **CASE NO. 3:03-cv-1097-J-16TEM**

**BANK OF AMERICA CORP.,**

    Defendant.
_____/

## O R D E R

Before the Court is the Plaintiffs' Unopposed Motion for Leave to File Confidential Documents Under Seal and Supporting Memorandum of Law (Dkt. 97). The Plaintiffs are seeking to file certain documents, obtained from third party Mellon Consultants, LLC for use by the Plaintiffs in filing their Motion to Alter, Amend or for Relief from Judgment or Order (Dkt. 98), under seal with the permission of the Court. The Plaintiffs state that documents comprising tabs 1-3 or their Motion are stamped "confidential," and accordingly they reached an oral agreement with Mellon Consultants to file the documents under seal. Apparently, the Defendant has no objection to the documents being filed under seal.

Accordingly, the Plaintiffs' Unopposed Motion for Leave to File Confidential Documents Under Seal (Dkt. 97) is **GRANTED.** The Clerk of Court is directed to file the confidential documents marked as Exhibits 1, 2 and 3 to the Plaintiffs' Motion to Alter, Amend or for Relief from Judgment or Order (Dkt. 98) under seal.

**DONE AND ORDERED** in Chambers at Jacksonville, Florida this 27th day of April, 2005.

*/s/ John H. Moore II*
JOHN H. MOORE II
United States District Judge

**Copies to:** Counsel of Record