UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**RAPHAEL T. BRAUCH on behalf of himself and all others similarly situated,**

    Plaintiffs,

v.                                            No: 3:03-cv-1097-J-16TEM

**BANK OF AMERICA CORP.,**

    Defendant.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

This cause is before the Court upon the Stipulation of Voluntary Dismissal with Prejudice (Doc. #118) filed May 27, 2005; the Stipulation of Voluntary Dismissal with Prejudice (Doc. #119) filed May 27, 2005 and the Stipulation of Voluntary Dismissal with Prejudice (Doc. #120) filed May 27, 2005.  Accordingly, it is:

    **ORDERED AND ADJUDGED:**

That the above-styled cause is hereby **DISMISSED WITH PREJUDICE**.

The Clerk is hereby ordered to close this file.

    **DONE AND ORDERED** in Chambers in Jacksonville, Florida, this 31st day of May, 2005.

                                                            JOHN H. MOORE II
                                                            United States District Judge

Copies to:
    Counsel of Record